```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUELE STEVENS, individually and on behalf of all others similarly situated,

-against-

PEPSICO INC. *et al.*

Case No. 7:22-CV-00802-NSR

ORDER OF CONSOLIDATION

Came on to be considered the Parties' Joint Motion to Consolidate, and having reviewed the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED that the following matters are consolidated in their entirety into this case:

*Marshall v. PepsiCo, Inc.*, No. 7:22-cv-02370-PMH

*Tschudy v. PepsiCo., Inc.*, No. 1:22-cv-04212-ALC

*Drobsch v. PepsiCo, Inc.*, No. 1:22-cv-004216-ALC

*Smith v. PepsiCo, Inc.*, No. 1:22-cv-04238-NSR

It is further ORDERED that this matter, *Emanuele Stevens v. PepsiCo, Inc.*, No. 7:22-cv-00802-NSR, shall be designated the lead for these consolidated matters. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 37. SO ORDERED.

DATED: May 26, 2022
White Plains, NY

_____
Nelson S. Román
United States District Judge